| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RENE PEREZ; HEATHER PEREZ, | | Case No. C-12-06486-RMW |
| Plaintiffs, | | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |
| v. | | |
| BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; AND DOES 1-50, inclusive, | | [Re Docket No. 6, 13] |
| Defendants. | | |

Defendants' motion to dismiss, Dkt. No. 6, appears to be addressed to the First Amended Complaint. On January 18, 2013, plaintiffs filed a Second Amended Complaint. Dkt. No. 11. As they filed the amended complaint within 21 days of service of the motion to dismiss, they were free to amend as a matter of course. Fed. R. Civ. P. 15(a). The parties now stipulate to a hearing going forward on a motion that does not address the operative complaint. Because it will be more efficient for the court and the parties to resolve issues related to the operative complaint, defendants' motion to dismiss the First Amended Complaint is denied as moot. The stipulation is

ORDER
CASE NO. C-12-06486-RMW
SW

- 1 -

1  thus not accepted. Defendant may file a motion to dismiss the Second Amended Complaint by

2  February 8, 2013.

Dated: January 24, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Court Judge

ORDER
CASE NO. C-12-06486-RMW                - 2 -
SW